# EXHIBIT B

Case 1:21-cv-00285-ARR-VMS   Document 49-2   Filed 12/15/23   Page 1 of 3 PageID #: 1040



**DEF047**



DEF048