# EXHIBIT C

Case 1:21-cv-00285-ARR-VMS    Document 49-3    Filed 12/15/23    Page 1 of 4 PageID #:
1043



# New York City Police Department
## Omniform System – Arrests

| | |
|---|---|
| **RECORD STATUS: NYSID ENTERED** | **Arrest ID: Q19603100 - Q** |
| **Arrest Location: FRONT OF 80-11 MYRTLE AVENUE** | **Pct: 104** |

**Arrest Date: 01-23-2019**  Processing Type: **ON LINE**

**Time: 18:00:00**  DCJS Fax Number: **QO002439**

Sector: **A**  Special Event Code: **NS - NARC SEL ENFORC**

Strip Search Conducted: **NO**  DAT Number:

Viper Initiated Arrest: **NO**  ICAD#

Stop And Frisk: **NO**  Return Date: **0000-00-00**

Serial #: **0000-000-00000**

Current Location of Perpetrator:

Borough: **Queens**

Type: **ALL PD LOCATIONS**

Location: **104 PRECINCT**

## ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: **NYPD**

Premises: **STREET**

Location Within: **CAR**

Occur.Date/Time: **2019-01-23 - 17:40**

**NYC Housing Development:**

*NYC School Safety Data:*  *NYC Transit Data:*

On School Property:   Station:

School Type:   Line #:

School Num:   Location:

School Name:

Offense Location: **FRONT OF 80-11 MYRTLE AVENUE**  Borough: **QUEENS**

| CHARGES: | | | | | | Arrest #: **Q19603100** |
|---|---|---|---|---|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #02 | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |
| #03 | No | PL 220.50 02 | M | A | 1 | CRIM USE DRUG PAR-2ND:PACKAGE |
| #04 | No | PL 220.03 | M | A | 1 | CRIM POSS CONTRL SUBST-7TH |
| #05 | No | LOC | V | 0 | 1 | VIOL OF LOC LAW VIOL |
| #06 | No | VTL0375 12A | I | 0 | 1 | EQUIP VIO:WINDSHIELD TINT VIOL |

| How Arrest came about: | # Injuries: 00 | # Fatalities: 00 | Test Given: | Reason Vehicle Not Forfeit: |
|---|---|---|---|---|

| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
|---|---|---|---|---|---|---|---|---|
| Role: **IDTU Technician** | Department: **NYPD** | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No: |
| Role: **Point Person** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: **Supv In Charge of Checkpoint** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

| DETAILS: | Arrest #: **Q19603100** |
|---|---|

Was the defendant recording police-related activity at time of arrest?

AT T/P/O THE DEFT WAS OBSERVED IN THE DRIVER SEAT OF 2003 HONDA SUBN NYS PLATE HMK1091 PARKED ON A HYDRANT WITH TINTED FRONT WINDOWS. WHEN ASKED FOR HIS LICENSE, REGISTRATION, AND INSURANCE THE DEFT REFUSED TO HAND THEM OVER TO A/OS. THE DEFT THEN LOCKED HIS VEHICLE AND ROLLED HIS WINDOWS UP. THE DEFT HAD TO BE FORCIBLY REMOVED FROM THE VEHICLE. AFTER REMOVING THE DEFT, HE TUCKED HIS ARMS UNDER HIS BODY IN AN ATTEMPT TO NOT BE HANDCUFFED. A QUANTITY OF CRACK COCAINE WAS RECOVERED FROM THE FLOOR BOARD OF THE VEHICLE.

| DEFENDANT: CARABALLO, THOMAS | NYSID #: ▇▇▇▇ | Arrest #: **Q19603100** |
|---|---|---|

Nick/AKA/Maiden:

Sex: **MALE**

Race: **WHITE HISPANIC**

Age: **50**

Date Of Birth: ▇▇▇▇

U.S. Citizen: **YES**

Place Of Birth:

Is this person not Proficient in English?: **NO**

If Yes, Indicate Language:

Height: **6FT 01IN**

Weight: **210**

Eye Color: **BROWN**

Hair Color: **BLACK**

Hair Length: **NORMAL**

Hair Style: **CURLY/WAVY**

Skin Tone: **LIGHT**

Complexion: **UNKNOWN**

Order Of Protection: **NO**

Issuing Court:

Docket #:

Expiration Date:

Relation to Victim: **UNKNOWN/NONE**

Living together: **NO**

Can be Identified: **NO**

**DEF001**

| | | | |
|---|---|---|---|
| Accent: **NO** | Soc.Security #: | | Gang/Crew Affiliation: **NO** |
| | Occupation: **UNKNOWN** | | Name: |
| Identification ID: **NYS Driver☐s License or Permit** | | | Identifiers: |
| Identification #: ▉▉▉▉ | | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | | |
| Drug Used: **NONE** | Lic/Permit No: | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| **HOME-PERMANENT** | **83-17 MYRTLE AVENUE** | **QUEENS** | **NEW YORK** | | | **104** |

Phone # and E-Mail Address:
**CELL: 718-809-7326**

N.Y.C.H.A. Resident: **NO**  N.Y.C. Housing Employee:  On Duty:
Development:    N.Y.C. Transit Employee:

## Drug Types:

| Alleged or Suspected Drug Type | Describe Other or Prescription Drug | Brand Name or Other Marking |
|---|---|---|
| **CRACK** | | |

**Physical Force:NONE**

| | | | |
|---|---|---|---|
| Gun: | | | |
| Weapon Used/Possessed: **NONE** | Make: | Recovered: | |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: | |
| Other Weapon Description: | Caliber: | Serial Number: | |
| | Type: | | |
| | Discharged: **NO** | | |

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| **STATEMENTS MADE** | **I'M AFRAID TO REACH FOR MY WALLET, I KNOW MY RIGHTS** |
| **MODUS OPERANDI** | **UNKNOWN** |
| **ACTIONS TOWARD VICTIM** | **UNK** |
| **CLOTHING** | **OUTERWEAR - SWEATER OR VEST - BLACK** |
| **CLOTHING** | **ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK** |
| **CLOTHING** | **FOOTWEAR - SNEAKERS - BLACK** |
| **CLOTHING** | **HEADGEAR - UNK - UNKNOWN COLOR** |
| **CHARACTERISTICS** | **UNKNOWN** |
| **BODY MARKS** | **-UNKNOWN** |
| **IMPERSONATION** | **UNKNOWN** |

| JUVENILE DATA: | Arrest #: **Q19603100** |
|---|---|

Relative Notified:  Personal Recog:
Number Of Priors: **0**    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

| ASSOCIATED ARRESTS: | Arrest #: **Q19603100** |
|---|---|

| ARREST ID | COMPLAINT # |
|---|---|

| *VEHICLE: # 1 of 1* | VIN: ▉▉▉▉ | Arrest #: **Q19603100** |
|---|---|---|
| Vehicle Was: **USED IN A CRIME** | Vehicle Stolen/Attempted Stolen From: | Invoice #: |

| | Vehicle | Recovered Prior To Alarm: |
|---|---|---|
| Plate(s): | | Alarm #: |
| Number of Plates: **2**    Year: **2003** | | Precinct: **000** |
| License Plate #: **HMK1091**  Make: **HONDA** | | Date: |
| State: **NY**    Model: **PILOT** | | Time: |
| Expires: **0000**   Style: **CARRY-ALL (E.G. BLAZER, JEEP)** | | |

**DEF002**

| | | | Transmitted By: |
|---|---|---|---|
| Type: | Color: **BLACK** | | |
| Ins. Code: | | | |
| Policy #: | | | |
| Vehicle Condition: | | | Held For Forfeiture: |

## DEFENDANTS CALLS:

Arrest #: **Q19603100**

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | **REFUSED,REFUSED** | **REFUSED** | | **NO** |

## INVOICES:

Arrest #: **Q19603100**

INVOICE# COMMAND PROPERTY TYPE VALUE

## ARREST RULES:

Arrest #: **Q19603100**

**ARREST PROCESSING TYPE : O**
**OFFENCE DATE : 01/23/2019**
**AGE AT TIME OF OCCURRENCE : 50**
**AGE BAND : B_RTA_2018**
**JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE**
**JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE**
**JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE**

## ARRESTING OFFICER: **DT3 ROBERT D DIFALCO**

Arrest #: **Q19603100**

| | | |
|---|---|---|
| Tax Number: **952684** | On Duty: **YES** | **Force Used: Yes-Force Used by A/O** |
| Other ID (non-NYPD): **0** | In Uniform: **NO** | Type: **FORCIBLE TAKE DOWN** |
| Shield: **1807** | Squad: **NS** | Reason: **OVERCOME RESIST/AGGR** |
| Department: **NYPD** | Chart: **08** | Officer Injured: **NO** |
| Command: **541** | Primary Assignment: **INVESTIGATIVE** | Officer Body Worn Camera: **NO** |
| | | TRI **Number: 2019-104-00006 Suffix: 1** |

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name: **DT3 DIFALCO, ROBERT D** | **952684** | **541** | **NYPD** |
| Supervisor Approving: **SGT EDWARDS JOEL P** | **936544** | **541** | **NYPD** |
| Report Entered by: **DT3 COSTELLO, WAYNE** | **950244** | **541** | **NYPD** |

**END OF ARREST REPORT**
**Q19603100**

Print this Report

**DEF003**