# EXHIBIT D



**NYPDPETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **4000638757**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **104TH PCT.** | | | | | **OPEN** |

| Invoice Date | Property Type | | | Property Category |
|---|---|---|---|---|
| **01/23/2019** | **CONTROLLED SUBSTANCE** | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | **SURRIGA, KAISSER** | 946303 | **QNSNB** | OCME. EU No. | |
| Arresting | DT3 | **DIFALCO, ROBERT** | 952684 | **QNSNB** | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **ALLEGED CRACK COCAINE** COLOR: **BEIGE/TAN** PACKAGED IN: **LOOSE** FORM: **ROCK** LOOSE CRACK COCAINE SECURED IN ZIPLOCK BAG SUBJECT TO BREAKAGE | 1203712479 -1400827066 | 1 | |
| 2 | 1 | **OTHER PARAPHERNALIA WITH RESIDUE** COLOR: **CHROME/STAINLESS STEEL** RESIDUE: **CRACK COCAINE** BLADE WITH CRACK COCAINE RESIDUE | 1203712479 -1400827066 | 1 | |
| 3 | 1 | **OTHER PARAPHERNALIA WITHOUT RESIDUES** COLOR: **CLEAR** VACUUM SEALED BAG | 1203712479 -1400827066 | 1 | |
| 4 | 55 | **OTHER PARAPHERNALIA WITHOUT RESIDUES** COLOR: **MULTICOLORED** RUBBERBANDS | 1203712479 -1400827066 | 55 | |

**REMARKS:**
946303 01/23/2019 20:10 : AT TPO ABOVE PROPERTY IS BEING VOUCHERED AS ARREST EVIDENCE. PSE#1203712479 NE#1400827066

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 01/23/2019 | **PL 205.30/RESISTING ARREST** | **MISDEMEANOR** | **N/A** | **REFUSED** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|
| 1 | **CARABALLO, THOMAS** ▇ | 50 | 83-17 MYRTLE AVENUE, QUEENS, NY | Q19603100 |

| | Name | Tax No. | Address | Phone. No. |
|---|---|---|---|---|
| Finder(s) | **SURRIGA, KAISSER** | | , NY | |
| Owner(s) | **CARABALLO, THOMAS** | | 83-17 MYRTLE AVENUE, QUEENS, NY | |
| Complainant(s) | **PSNY** | | | |

| Complaint No. | N/A |
|---|---|



Invoice No. **4000638757**

**Property Clerk Copy**
printed: 03/18/2021 20:15

PCD Storage No.
**19Q004890**

Page No. 1 of 2

**DEF008**



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **4000638757**

| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | SURRIGA, KAISSER | 946303 | QNSNB | 01/23/2019 | 19:47 |
| Invoicing Officer | DT3 | SURRIGA, KAISSER | 946303 | QNSNB | 01/23/2019 | 20:55 |
| Approved By | SGT | EDWARDS, JOEL | 936544 | QNSNB | 01/23/2019 | 20:55 |



Invoice No. **4000638757**

**Property Clerk Copy**
printed: 03/18/2021 20:15

PCD Storage No.
**19Q004890**

Page No. 2 of 2

**DEF009**