# EXHIBIT E

Detective Kaisser Surriga
March 03, 2022



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

INDEX NO.: 21-CV-00285(ARR)(VMS)


THOMAS CARABALLO,

     Plaintiff,

vs.

THE CITY OF NEW YORK, DETECTIVE KAISSER SURRIGA, TAX
REG #946303, DETECTIVE WAYNE COSTELLO, TAX REG
#950244, DETECTIVE ROBERT DIFALCO, TAX REG# 952684,
and OTHER UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
JOHN AND JANE DOES,

     Defendants.

_____/


REMOTE DEPOSITION OF DETECTIVE KAISSER SURRIGA


DATE TAKEN:     March 03, 2022

TIME:     10:03 a.m. – 1:19 p.m.
     (Based on Time Zone from Notice)


WITNESS

APPEARED BY:   Video teleconference




Reported By:
Caitlin J. D. Garces, CER No. 1242
Notary Public for the State of New York



Q.   Is that a one-way street?  Two-way street?

A.   It's a two-way street.

Q.   How many lanes are on that street?

A.   Just one lane going on one way and then another lane going on the other way.

Q.   What kind of vehicle were you located in when you first made this observation?

A.   It's an unmarked vehicle.

Q.   What was the make and model of that vehicle?

A.   I don't remember.

Q.   What was the color of that vehicle?

A.   I don't remember.

Q.   How many doors did that vehicle have?

A.   Don't remember.

Q.   Was it a car?  SUV?  Truck?  Something else?

A.   I don't remember.

Q.   Were there tinted windows in that -- on that vehicle that you were in?

A.   Yes.

Q.   Did it have a tinted front windshield?

A.   I don't remember.

Q.   Did it have tinted front driver and passenger windows?

A.   Yes.

Q.   Which window were you looking out of when



the vehicle or in the rear section?

A.    I don't remember.

Q.    What did your inventory search reveal?

A.    I was -- I recovered crack cocaine.  I recovered a blade with cocaine residue.  I recovered drug paraphernalias, namely, a Ziploc bag and rubber bands.

Q.    Did you recover anything else?

A.    I don't remember.

Q.    Where was the crack cocaine recovered from?

A.    On the floorboard of the vehicle.

Q.    Which floorboard?

A.    The driver's side floorboard.

Q.    What, out of these various items, did you recover first?

A.    I don't remember.

Q.    Where, on the driver's side floorboard, did you recover this alleged crack cocaine?

A.    Towards the side of the floorboard.

Q.    Which side of the floorboard?

A.    The driver's side.

Q.    Was it closer to the driver's side door?

A.    No.

Q.    Was it closer to the seat?

A.    It was close to the seat and the center

Detective Kaisser Surriga
March 03, 2022

console.

Q.    Was that a rock substance?

A.    Yes.

Q.    How many rocks did you observe?

A.    I don't remember.

Q.    How many rocks did you collect?

A.    I don't remember.

Q.    Describe the size of the rock or rocks that you collected.

A.    I don't remember.

Q.    How long after you began your inventory search, did you observe the rock substance on the driver floorboard?

A.    I don't remember.

Q.    Did you search the driver floorboard first?

A.    I don't remember.

Q.    Was it during the inventory search -- was that the first time that you observed this rock substance on the driver floorboard?

A.    Yes.

Q.    Did you observe any alleged crack cocaine or rock substance anywhere else inside the vehicle other than the driver floorboard?

A.    No.

Q.    Was there anything located in the vehicle,

such as personal belongings or items, other than this rock-like substance?

A.   I don't remember.

Q.   What is the first thing you did when you observed the rock-like substance?

A.   I collected them.

Q.   How did you collect them?

A.   I don't remember.

Q.   Were you wearing gloves when you collected them?

A.   I don't remember.

Q.   When you collected it, where did you place it?

A.   I don't remember.

Q.   Where did you recover the blade with the alleged cocaine residue?

A.   I don't remember.

Q.   Describe what the blade looked like.

A.   I don't remember.

Q.   Where did you recover the Ziploc bag?

A.   I don't remember.

Q.   How many Ziploc bags did you recover?

A.   I don't remember.

Q.   Where did you recover rubber bands?

A.   I don't remember.



did that, right?

A.   No.  I was outside the 104 Precinct.

Q.   When did you do that testing outside the 104th Precinct?

A.   I don't remember exactly what time.

Q.   Was it before you performed your inventory search?

A.   I don't remember.

Q.   Was it after you performed the inventory search?

A.   I don't remember.

Q.   Was anyone present when you performed that testing?

A.   I don't remember.

Q.   What kind of test did you perform?

A.   The tint meter test.

Q.   What does that test consist of?

A.   Consists of using a tint meter to measure the percentage of tints on a vehicle window.

Q.   And what result, if any, did you reveal?

A.   A 69 percent result on the tint meter.

Q.   Was that a significant result in any way?

A.   Significant because in New York State, 70 percent of -- 70 percent is needed for the vehicle to be legal on regards to tints.