# EXHIBIT I

Q19603100

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK

v.

THOMAS CARABALLO
DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS

I, DETECTIVE KAISSER SURRIGA, SHIELD , NARCOTICS BOROUGH QUEENS PRECINCT, HAVE READ THE ACCUSATORY INSTRUMENT FILED IN THIS ACTION. THE FACTS STATED IN THAT INSTRUMENT TO BE ON INFORMATION FURNISHED BY ME ARE TRUE UPON MY PERSONAL KNOWLEDGE.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

4/12/19

DATE                    SIGNATURE
SWORN TO BEFORE ME ON THE
              DAY OF

**DEF214**