UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THOMAS CARABALLO,

                                          Plaintiff,

-against-

DETECTIVE KAISER SURRIGA, DETECTIVE WAYNE COSTELLO, AND DETECTIVE ROBERT DIFALCO,

                                         Defendants.

-------------------------------------------------------------------x

**DECLARATION OF GREGORY ACCARINO IN SUPPORT OF DEFENDANTS' JULY 12, 2024 MOTION FOR SUMMARY JUDGMENT**

21-CV-285 (ARR) (VMS)

       **GREGORY ACCARINO,** an attorney duly admitted to practice in the State of New York and in this Court, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

       1.    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants Kaisser Surriga, Wayne Costello, and Robert DiFalco ("defendants"). As such, I am familiar with the facts stated below. I submit this declaration in support of Defendants' July 12, 2024 Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

       2.    Annexed hereto as **"Exhibit A"** is a copy of the General Release, dated August 1, 2023, signed by plaintiff, in Queens County Civil Court Index No. 000921-2022, which demonstrates, *inter alia*, that plaintiff released and forever discharged the City of New York and all past and present employees from any and all state and federal civil rights claims, actions, and damages which plaintiff had through the date of this release, August 1, 2023.

       3.    Annexed hereto as **"Exhibit B"** is a copy of the Stipulation of Discontinuance with Prejudice, dated August 17, 2023, signed by plaintiff, in Queens County Civil Court Index No. 000921-2022.

4. Annexed hereto as **"Exhibit C"** is a copy of the Stipulation of Settlement, signed by plaintiff, in Queens County Civil Court Index No. 000921-2022, which demonstrates, *inter alia*, that, as part of the settlement of the Queens County Civil Court case, plaintiff agreed to complete and deliver a duly notarized General Release as a condition of the settlement.

Dated:    New York, New York
         July 12, 2024

                MURIEL GOODE-TRUFANT
                Acting Corporation Counsel of the City of New York
                *Attorney for Defendants*
                100 Church Street
                New York, New York 10007
                (212) 356-1945

                By:   */s/ Gregory Accarino*
                       Gregory Accarino
                       *Senior Counsel*
                       Special Federal Litigation Division

CC:    **BY ECF:**
       Jason Lesnevec
       *Attorney For Plaintiff*