UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS CARABALLO,

                      Plaintiff,                      JUDGMENT

      v.                                          21-CV-285 (ARR) (VMS)

DETECTIVE KAISER SURRIGA, DETECTIVE
WAYNE COSTELLO, and DETECTIVE
ROBERT DIFALCO,

                    Defendants.
------------------------------------------------------------X

An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge,

having been filed on August 1, 2024, granting defendants' motion for summary judgment; it is

     ORDERED and ADJUDGED that defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York                  Brenna B. Mahoney
       August 2, 2024                     Clerk of Court

                                   By:    */s/Jalitza Poveda*
                                          Deputy Clerk